DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Curry<br><br>Case below:<br>156 N.C. App. 219 | No. 222P03 | 1. Def's PWC to Review the Decision of the COA (COA02-678) (filed as a NOA-Constitutional Question)<br><br>2. Def's PWC to Review the Decision of the COA (filed as a PDR) | 1. Dismissed ex mero motu<br><br>2. Denied |
| State v. Deal<br><br>Case below:<br>157 N.C. App. 574 | No. 291P03 | 1. Def's NOA Based Upon a Constitutional Question (COA02-811)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed ex mero motu<br><br>2. Dismissed |
| State v. Diaz<br><br>Case below:<br>155 N.C. App. 307 | No. 297P03 | Def's (Ruben Aburto Diaz) PWC to Review the Decision of the COA (COA02-145) | Denied |
| State v. Edwards<br><br>Case below:<br>157 N.C. App. 365 | No. 257P03 | Def's PDR Under N.C.G.S. § 7A-31 (COA02-1266) | Denied |
| State v. Fisher<br><br>Case below:<br>158 N.C. App. 133 | No. 356A03 | 1. Def's NOA Based Upon a Dissent (COA01-1504)<br><br>2. Def's NOA Based Upon a Constitutional Question<br><br>3. Def's PDR as to Additional Issues<br><br>4. AG's Motion to Dismiss Appeal<br><br>5. AG's PDR as to Additional Issues | 1. ——<br><br>2. ——<br><br>3. Denied<br><br>4. Allowed<br><br>5. Denied |
| State v. Foster<br><br>Case below:<br>158 N.C. App. 313 | No. 353P03 | 1. Def's NOA Based Upon a Constitutional Question (COA02-787)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. AG's Motion to Dismiss Appeal | 1. ——<br><br>2. Denied<br><br>3. Allowed |
| State v. Gardner<br><br>Case below:<br>157 N.C. App. 574 | No. 289P03 | 1. Def's PWC to Review the Decision of the COA (COA02-1098)<br><br>2. Def's PWC to Review the Order of the COA | 1. Denied<br><br>2. Denied |
| State v. Gillespie<br><br>Case below:<br>158 N.C. App. 313 | No. 355P03 | Def's PDR Under N.C.G.S. § 7A-31 (COA02-1213) | Denied |